## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :   **09-CR-318-01** |
| v. | : |
| | :   **13-CV-1150** |
| VINCENT GRAHAM | : |

## ORDER

**AND NOW**, this 31st day of March 2014, upon consideration of Mr. Graham's

amended motion to vacate, set aside or correct sentence (doc. no. 96), and the

government's response thereto (doc. no. 97), **IT IS HEREBY ORDERED** that:

1.      Mr. Graham's amended motion to vacate, set aside or correct sentence (doc.

no. 96) is **DENIED;**

2.      Mr. Graham's motion to vacate, set aside or correct sentence (doc. no. 92)

is **DENIED** as moot;

3.      Mr. Graham's request for an evidentiary hearing is **DENIED**; and

4.      A certificate of appealability will not issue.

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.